RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
LARONDA MARTIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
LaRonda_Martin@fd.org

Attorney for Jose Manuel Sanchez-Lobo

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

JORGE RODRIGUEZ-MEDINA, and,

JOSE MANUEL SANCHEZ-LOBO,

        Defendants.

Case No. 2:24-mj-00195-BNW

**STIPULATION TO EXTEND
DEADLINES TO CONDUCT
PRELIMINARY HEARING AND
FILE INDICTMENT**
(Fifth Request)

      IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jean N. Ripley, Assistant United States Attorney, counsel for the United States of America; Rene L. Valladares, Federal Public Defender, and LaRonda R. Martin, Assistant Federal Public Defender, counsel for defendant Jose Manuel Sanchez-Lobo; and Robert Draskovich, counsel for defendant Jorge Rodriguez-Medina, that the preliminary hearing in the above-captioned case, currently scheduled for July 18, 2024, at 3:30 p.m., be vacated and continued until a time convenient to the Court, but no earlier than seven (7) days.

      This request requires that the Court extend two deadlines: (1) that a preliminary hearing be conducted within 14 days of a detained defendant's initial appearance, see Fed. R. Crim. P.

5.1(c); and (2) that an information or indictment be filed within 30 days of a defendant's arrest, see 18 U.S.C. § 3161(b).

This stipulation is entered into for the following reasons:

1.    Undersigned counsel for Jose Manuel Sanchez-Lobo will be serving as faculty for the Administrative Office of United States Court's Non-Capital Sentencing Mitigation Skills Workshop from July 16, 2024 through July 20, 2024.

2.    Federal Rule of Criminal Procedure Rule 5.1(d) provides that "[w]ith the defendant's consent and upon a showing of good cause—taking into account the public interest in the prompt disposition of criminal cases—a magistrate judge may extend the time limits [for preliminary hearings] one or more times." Here, the parties need additional time to consider whether the case can be resolved prior to indictment.

3.    This continuance is not sought for the purposes of delay, but to allow the parties an opportunity to examine the merits of this case and determine whether the case can be resolved prior to indictment.

4.    Defendants are not in custody and agree to the continuance.

5.    Denial of this request could result in a miscarriage of justice, and the ends of justice served by granting this request outweigh the best interest of the public and the defendants in a speedy trial.

/ / /

/ / /

/ / /

6.      The additional time requested by this stipulation is excludable in computing the time within which indictment must be filed pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b), and considering the factors under 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv).

DATED this 12th day of July, 2024.


RENE L. VALLADARES                    JASON M. FRIERSON
Federal Public Defender               United States Attorney


By /s/ LaRonda Martin                 By /s/ Jean N. Ripley
LARONDA MARTIN                        JEAN N. RIPLEY
Assistant Federal Public Defender     Assistant United States Attorney
Counsel for Defendant Sanchez-Lobo


By /s/ Robert Draskovich
ROBERT DRAKOVICH
Counsel for Defendant Rodriguez-Medina

3

1
2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

3
4

UNITED STATES OF AMERICA,

Case No. 2:24-mj-00195-BNW

Plaintiff,

5

**FINDINGS AND ORDER**

v.

6
7

JORGE RODRIGUEZ-MEDINA, and,

8

JOSE MANUEL SANCHEZ-LOBO,

Defendant.

9
10
11

Based on the pending Stipulation between the defense and the government, and good

12

cause appearing therefore, the Court hereby finds that:

13

1.    Undersigned counsel for Jose Manuel Sanchez-Lobo will be serving as faculty

14

for the Administrative Office of United States Court's Non-Capital Sentencing Mitigation

15

Skills Workshop from July 16, 2024 through July 20, 2024.

16

2.    The Court finds good cause to continue the hearing to allow the court additional

17

time to decide whether to accept the plea.

18

3.    Both counsel for the defendants and counsel for the government agree to the

19

continuance.

20

4.    Defendants are not in custody and agree to the continuance.

21

5.    The continuance is not sought for the purposes of delay, but to allow the parties

22

to reach a potential resolution before the government moves forward with further prosecution.

23

6.    Denial of this request could result in a miscarriage of justice, and the ends of

24

justice served by granting this request outweigh the best interest of the public and the defendants

25

in a speedy trial.

26

4

7.     The additional time requested by this stipulation is excludable in computing the time within which indictment must be filed pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b), and considering the factors under 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv).

THEREFORE, IT IS HEREBY ORDERED that the preliminary hearing in the above-captioned matter currently scheduled for July 18, 2024, at 3:30 p.m. be vacated and continued to _July 26, 2024_____, at _4:00 p.m._.

DATED this _16_ day of July, 2024.

_____
HONORABLE BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

5